

Cadet Jenny Shirley negotiates a log obstacle while completing the confidence course



Cadet Catherine [Johnson...] hang portion of her a special a[...]

## MHS atte[nds]

Members of [Milford?] High School Junior [Reserve] Officers' Tra[ining] Corps participate[d in the] summer camp at Fort Leonard W[ood]

Activities part[icipated] in by the cadets [included] physical fitness, [heli]copter flight, land [naviga]tion, confidence [course,] drown proofing...

This year's Milford High School camp participants were Jason Black, Kristina Burson, Matt Courtney, Jaime Dyer, Derek Gouvea, Josh Grant, Jessica Hanna, Lenora Inman, Aaron Johnson, Catherine Johnson, Tera Keller, Blake Leitch, Kristin Randol, Zach Rieck, Jenny Shirley, Mark Shirley, Casey Shumaker, Jennifer Wade, Jasmine Wendt, and Holly Wright. Accompanying the group were LTC Ron Yek, SFC Jay Fides and Mrs. Rebecca Nevitts.

# ing Around and Around

*Although many valuable seniors were lost, the wrestling team completed a successful season.*

### All Wrapped Up!

Alan Watkins struggles out of his opponent's hold. This match was held during the Mattoon Invitational. The team placed second during that tournament. All teammates agreed that the tournament was one of their favorites.

### Just a little closer

Creighton Szczesniak tries to pin his opponent during the Mattoon Invitational. Szczesniak moved to the Varsity team this year. He said, "It took a lot of hard work, but it paid off."

Wrestlers struggled to keep the outstanding record that they had always earned in the past. Junior Bryan Tucker said, "We were a young team this year with a lot of young talent but not many seniors." Most agreed that this was a learning year for them. Clint Hilligoss said, "In the next few years we will be very good because we will have had a lot of experience."

Dustin Rodgers, Clint Body, and Matt Coartney were the only three seniors on the team, all of whom were considered outstanding players. Senior Dustin Rodgers finished with a great record of 35-7. He was also a four time Mattoon Invitational champion and a two time state qualifier. Rodgers qualified for the "Honor Wall" because of his career performance.

However, Rodgers was not the only success for the wrestling team. Other stand-outs were Cody Overton and Nic Fonner. The team as a whole finished sixth in the Big 12 and second at the Mattoon Invitational. Cody Overton said that this year, ". . . it was a whole different level of competition." The wrestling team finished with a record of 12-8.



Fonner, David Beliz, Brock Keller, Travis Sturk, Chris Bogan, Alex Hagen, Cody Overton, Danny Hilligoss, n. Donald Fulk. Second Row: Ben Wade, Chris Long, Tyler Borntrager, Chad Sage, Jeremy Robinson, Clint



# Mattoon High

### GREENWAVE

This is to certify that

**MATTHEW COARTNEY**

has been awarded this certifica[te]

for participation in  Varsity Football

for the season of  1998-99



_____
COACH











*Left:* After hosting an AP fashion show, some senior girls show off their antebellum outfits. Projects like this made AP History a unique course.

*Top:* Martha Roley shakes down, excited that class is finally over. Her flashy style of clothing made her stand out from the mass of Abercrombie apparel.

## Interest OR Indifference

The yearbook staff asked guys and girls each a different quesiton to get insight on their view about the opposite sex...

### GUYS

*If a girl's skirt were becoming shorter by the day, how would you rank your level of interest?*

| | |
|---|---|
| Very concerned | 15% |
| Moderately Concerned | 10% |
| Somewhat Concerned | 5% |
| Not at all concerned | 70% |

### GIRLS

*Which of the following qualities would you rank as the most important feature in a guy?*

| | |
|---|---|
| Looks | 10% |
| Brains | 8% |
| Popularity | 8% |
| Personality | 74% |



The Wal-Mart Supercenter brought a wide variety of products



Alas in 1995, Mattoon moved from two small downtown theaters to an 8-theater



In 1998, MHS students gained the resource of a unique downtown coffee



## *Going in Circles!*

Senior Matt Courtney waits for just the right time to make a move on his opponent. This was Courtney's last season wrestling for MHS, and he was considered a very outstanding player by his teammates. This season only three seniors were on the team, which made a young but talented group.



Wrestling, Front R
Jeremy Kresol, Ric
Hoones, Creighton
Row: Gabe Grant,
Wright, Brian Mill



Above: **A COMPANY**: Front Row: c/SSG Matt Courtney Plt Sgt, c/2LT Marshall Reinhart Plt Ldr, c/1LT Manny Irizarry cdr, c/CPL Jonathan Lamanske c/SPC Chris Cochennour First Sgt, c/2LT Jenny Shirley Plt Ldr, c/SFC Tyson Navel Plt Sgt. Row 2: c/CPL Jeremiah Angell, c/ CPL Beth Arthur, c/PFC Jen PFC Rebecca Woods, c/ Stephanie Adams, c/Clayton Byford, c/ PFC James Belcher, c/ Chris Carter, c/ Jessica Christman, c/ Brad Davis, c/SGT Krystal Deck Jessica Lester, c/ CPL Brian Guinnee, c/ PFC Josh Bowan, c/ Diana Farris, c/ Jessica Gleadall, c/PFC Brandon Gillespie,c/ Travis Johnson. Row 3: c/CPL Lisa CPL Suzanne Black, c/ PFC Chas Allen, c/ Zach Culhoun, c/ Aaron Cline, c/ Dustin Cole, c/ Jeff Derrickson, c/ Shalana Elder, c/ Brendan Earls, c/ SGT Melis CPL Taylor Mullins, c/ CPL Neil Purdy, c/ PFC Sean Collins, c/ Charles Parris, c/ Kyle Hamilton, c/ CPL Rachel Hendrickson, c/ PFC Justin West. Row 4: c Alvarez, c/ Cpl Kenny Williams, c/ PFC David Rohr, c/ PUT Thomas Black, c/ Jennifer Bryant, c/ David Carroll, c/ PFC Kristy Robertson, c/ Tiffany Craig, Evans, c/ Joe Wiard, c/ SGT Jon Brumfield, c/ PFC Wes Mathias, c/ PFC Adam Price, Crystal Hayes, c/ Ashley Hunter, c/ Jennifer Jones, Ashley Harris, c/ P Rogers.



66 Academics

...asay- National Student Leadership ...rence; Mentoring Program 3,4.

...Ibiero Jr.- Art Club 4; ADAPT 4; Rotary Exchange Student.

**Aaron Allison**

Miles Alvis- Key Club 1; ROTC 1,2,3.

...D. Antonik- Key Club 2,4; Who's Who 2,3,4.

...hristina Askew- NHS 4; Softball ...eyball 1,2,3,4; Who's Who 2,3,4.

Michael Beals- Baseball 1,2,3,4; ...1,2,3,4; NHS 4; Soccer 1,2,3,4; Who 1,2,3,4; Team Massive 3,4; Teen Court 3,4.

...y Bergfeld- Football 1,4; NHS 4; ...ic Arts Club 4; Boys Track 3,4; Who's Who 3,4.

---

**Rachelle Michelle Blume**- Girls Basketball 1,2; Key Club 3,4; NHS 4VP; Class Officer 2S,4VP; SMAIM 3; Student Council 1,2,3,4P; Volleyball 1,2,3,4; Who's Who 1,2,3,4; Team Massive 3,4; Culture Club 2,3P.

**Clint David Body**- Football 1,2,3,4; Boys Track 1,2,3,4; Wrestling 1,2,3,4; Team Massive 4.

**Christina Bowen**- Band 3,4; Flag Corps 3,4; ROTC 1,2,3,4 S-2 Officer C/CPT; Drama Club 2VP,3VP,4P.

**Tonya M. Bowman**- Chours 2,3,4; Football Mgr. 4; Green Wave Singers 4.

**Steven Michael Boyd**- Boys Golf 1,2,3,4; Key Club 1,2,3,4; NHS 4; Graphic Arts Club 4; Team Massive 3,4; Who's Who 1,2,3,4; Scholastic Bowl 3.

**Deana Lynn Bushue**- Basketball 1, Softball 1, 2; Girls Track 3; Volleyball 1,2,3,4; Graphic Arts II.

---

**Jessica Louise Byrnes**- N.H.S. 3,4; Volleyball 1; Wavettes 2,3,4 co-captain; You... and Government 2.

**Danny Camden**- Massive 3,4.

**Edie Amanda Campe**- Who's Who 2,3...



**Tracy Elizabeth Carr**- Key Club 1,2,3... Riddle 3,4; Wavettes 2,3,4; Who's Wh... 2,3,4; Musical 3,4; Massive 3,4; Mentor... Program 3,4.

**Rick B. Childress**- ROTC 1,2,3...

**Michael Clark**- Chess Club 2.

**Matthew Jesse Coartney**- Football... 1,2,3,4; ROTC 1,2,3,4; Track 1,2,4... Wrestling 1,2,3,4

Sports + activities

# TRACK



Boys Track, Front row: ... Courtney, A.J. Sears, ... Mullen, Kyle Dean, ... Hackett, Nicholas G... Middle row: Jeremy ... Justin Gordon, Philli... John Steward, Toby ... ery, Josh Besore, Jer... Back row: Head Coa... Shaffer, Anthony D... Willis, Clint Body, St... Morgan, Eric Lane, D... Sean Purdy, Joe Mag... Bervig, Nick Martin, ... Owens, Thomas Hill... Asst. Coach Ray Fuhr...



Girls Track, first row: ... Sykes, Jamie Currie, ... Wright, Rachel Bervi... Hughes, Kisha Alexa... Katie Wooddell, Den... Henderson. Middle r... Carey, Anita Protz, S... Dowell, Brooke Jerda... Courtney Jerdan, Na... Bailey, Katie Abell, J... Westenhaver, Quane... Hawkins, Marilyn B... Tonya Douglas, Lar... Favours, Sharon Mor... row: Head Coach Sus... Sarah Poland, Aman... Elizabeth Croy, Vane... Hannah Leazier, Brid... Williams, Stephanie ... Denay Malone, Sarah ... Jamie Berkheimer, Je... Melanie Scott, Jennif... and Asst. Coach Lyn...



**T**oby Montgomery prepares to throw the discus at the 1st Annual Mattoon Invitational. This meet included some of Illinois' top talent. Toby was one of the many weight-men who were underclassmen.

**K**isha Alexander, freshman, runs the 100m hurdles. Kisha showed a lot of potential as a hurdler.



## To Our Son-Matthew Coartney

As your parents, we hope we have been able to lay a foundation through training and example tha[t]
guide you always. You are beginning a new phase in life. You will need to be self reliant and mal[e]
right choices. This will be up to you and you alone as you grow into manhood. Always choose w[ell]
my son. This new world is full of uncertainty. Hold your head high and have confidence that wha[t]
have learned will guide you. The following are a few philosophies by which we have lived our li[ves].
We now pass them on to you.
1. "Your attitude determines your altitude."
2. "Obstacles are what you see when you take your eyes off the goal."
3. "Those who try and fail, are much wiser than those who never try for fear of failure."
4. Finally-Always remember the story of the "Ant and the grasshopper."

Matthew-We have always been proud simply to be your parents. It is our sincerest hope that we [have]
taught you all that we could to the best of our ability. As you venture on your own, draw upon th[e]
resources to achieve the goals you pursue. We wish you much success!
All our enduring love,
Dad & Mom





To My Son, with thoughts of love, from your mother.
When you were 6 months and full of fun, with a blink of
my eyes you were suddenly one!
There were so many things we were going to do,
But when I turned my head-you turned two.
At two you were very dependent on me,
But independence took over when you turned three.
Your third birthday, another year I tried to ignore,
But when I lit the candles, there weren't three, but four.
Four was the year that you really strived.
Why look at you now, you're already five!
Now you are ready for books and for rules.
This is the year that you go to school.
The big day came and you were anxious to go.
We walked to the bus, going oh, so slow.
As my little man climbed on and waved goodbye,
I felt the lump rise in my throat as the tears stung my eyes.
Time goes so fast, it's hard to believe
That just yesterday you played at my feet.
And tomorrow, when the bus brings you home
And you jump to the ground
You'll be wearing your cap and graduation gown!
So I'm holding on to these moments as hard as I can,
Because the next time I look...I'll be seeing a man!
I love you,
Mom
P.S. Always Be Yourself!



*This was a page we bought for Matt at graduation.

# YOUNG AUTHORS CONFERENCE

This Meritorious Award Is Presented To

__MATTHEW COARTNEY__

In Recognition Of Participation And Outstanding Achievement In The

Young Authors Conference

Presented For The School Year 19 90  –  19 91

_Ray Zuhr_
Principal

_JoAnn Dittmore_
Teacher

# A Record Breaking Season
## With fan support, great coaching, and a remarkable team, Varsity football goes the distance

### A Victory Moment
These dedicated players take a moment after a winning game to congratulate each other. Teamwork was a factor that many believed to be a huge part in their undefeated season.

### A Twelve Man Team
Matt Holder watches from the sidelines as his teammates work hard for a victory. Holder was not the only one who supported the team. The entire city of Mattoon cheered the players on. Brandon Stretch said "The support the team has received was almost like having a 12th man on the field with us."

A crowded end zone full of Massive fans, words of encouragement painted on cars and store windows, loaded fan buses, pep rallies, and many excited fans were the scenes and surroundings of the 99' football season. After a consecutive four year losing streak the team rallied with an undefeated season. The players gave much credit to the outstanding coaches, the fans, and their team unity. Riley Fore said, "All the fans were fantastic and the teamwork and togetherness we shared was amazing." Brandon Stretch said, "The great coaching cannot receive the amount of credit they deserve."

The team broke the MHS record by going 9-0 in the season. Many players had a hard time choosing their favorite game. However, Matt Holder said, "The Champaign Central game was my favorite because the newspapers and everyone claimed that Central's speed would be too much, but the Mattoon team came in ready to fight." Dustin Usinger said, " We went to that game with the most energy and pride the team has ever felt, and we won."

These tough games required a lot of hard work, though. Joe Magnotta said, " We had practice nearly everyday." Chris Szczesniak said, that the team's success was due to "the weight lifting we did over the summer, working hard all year round."

The 1999 Greenwave football season will not be soon forgotten by fans, family members, coaches and the outstanding football players.

Football - Front row: Clifton Sturts, Adam Mock, Anthony Daniels, Clint Hilligoss, Riley Fore, Ben Wade, Anthony ..do, Tommy Haney, Styles Baker. Second row: Dustin Usinger, Zach Wilcoxen, Creighton Szczesniak, Grant Idleman, Ben ..Nick Fonner, Brennan Hughes, Daniel Kemper, Andy Beals, Joe Magnotta, Brandon Ely. Third row: Eric Hahn, Ryan Mullen, ..mes, Josh Hamblen, Brandon Stretch, Ben Kingan, Josh Rardin, Neil Sanders, Chris Szczesniack, Josh Bergfield, Coach
Back row: Coach Lavelle, Coach Barnett, Joe Watkins, Matt Coartney, Jeff Leazier, Jason Jones, Sean Purdy, Rich Ballard,

# ing Around and Around

*Although many valuable seniors were lost, the wrestling team completed a successful season.*

### All Wrapped Up!

Alan Watkins struggles out of his opponent's hold. This match was held during the Mattoon Invitational. The team placed second during that tournament. All teammates agreed that the tournament was one of their favorites.

### Just a little closer

Creighton Szczesniak tries to pin his opponent during the Mattoon Invitational. Szczesniak moved to the Varsity team this year. He said, "It took a lot of hard work, but it paid off."



Wrestlers struggled to keep the outstanding record that they had always earned in the past. Junior Bryan Tucker said, "We were a young team this year with a lot of young talent but not many seniors." Most agreed that this was a learning year for them. Clint Hilligoss said, "In the next few years we will be very good because we will have had a lot of experience."

Dustin Rodgers, Clint Body, and Matt Coartney were the only three seniors on the team, all of whom were considered outstanding players. Senior Dustin Rodgers finished with a great record of 35-7. He was also a four time Mattoon Invitational champion and a two time state qualifier. Rodgers qualified for the "Honor Wall" because of his career performance.

However, Rodgers was not the only success for the wrestling team. Other stand-outs were Cody Overton and Nic Fonner. The team as a whole finished sixth in the Big 12 and second at the