# United States District Court

—— DISTRICT OF ——

US v. Coartney

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 05-20044

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| McCuskey | Eugene Miller | Tiffani Johnson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6-8-05 | HM (Mathews Crt Reporting Services) | JT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 6-8-05 | ✓ | ✓ | photo of dft |
| | 2 | 6-8-05 | ✓ | ✓ | Letter from David O'Dell |
| | 3 | 6-8-05 | ✓ | ✓ | Copy of photo of trophys |

FILED
JUN 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages