AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case    Page 1 of 2
Sheet 1

2:04-cr-20044-MPM-DGB   # 26

E-FILED
Tuesday, 20 February, 2007 09:53:43 AM
Clerk, U.S. District Court, ILCD

(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
Central District of Illinois

UNITED STATES OF AMERICA
v.
JESSE MATTHEW COARTNEY

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: 04-20044-001
USM Number: 14273-026
John C. Taylor*
Defendant's Attorney

**Date of Original Judgment:** 6/9/2005
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☑ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
☑ pleaded guilty to count(s) 1
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 2113(a) | Bank Robbery | 2/21/2004 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/31/2007
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judge

MICHAEL P. McCUSKEY     CHIEF U.S. DISTRICT JUDGE
Name of Judge                   Title of Judge

2/2/07
Date

A TRUE COPY
ATTEST
JOHN M. WATERS, CLERK
BY: s/ K. Marsh
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 2-2-07

[Stamps: FILED FEB -2 2007; FILED FEB 16 2007 JOHN M. WATERS, Clerk, U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA, IL; RECEIVED 2007 FEB -6 A 10:51 U.S. MARSHALS SERVICE CENTRAL ILLINOIS]

(25)

AO 245C (Rev. 03/01) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment
2:04-cr-20044-MPM-DGB # 26 Page 2 of 2
(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: JESSE MATTHEW COARTNEY
CASE NUMBER: 04-20044-001

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

*38 months with credit for time served.

☑ The court makes the following recommendations to the Bureau of Prisons:

Due to extensive family ties, the Court recommends to the Bureau of Prisons that the defendant be housed in the Midwest for visitation.

The Court finds the defendant is an addict and, therefore, recommends to the Bureau of Prisons that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the Bureau of Prisons.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 02-13-2007 to FCI Waseca
at Waseca, MN with a certified copy of this judgment.

C. Holinka, Warden
~~UNITED STATES MARSHAL~~

By B. Houser
~~DEPUTY UNITED STATES MARSHAL~~